

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Norma Salado, Jesus Martinez, Bertha Pedregon, Elsina Avalos, Naty Rubalcava, Ramon Tirres, Ofelis Maltos, Rosa Serna, Luz Elena Abasta, Heriberto Abasta, Porfirio Rojas, Josefina Salazar, Parishioners of San Jose Catholic Church, | § | No. 08-22-00204-CV |
| | § | Appeal from the |
| | § | 243rd District Court |
| Appellants, | § | of El Paso County, Texas |
| | § | (TC# 2020DCV0453) |
| v. | § | |
| Roman Catholic Diocese of El Paso, Mark J. Seitz, Bishop of the Roman Catholic Diocese of El Paso, | § | |
| | § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

On November 28, 2022, this Court issued an order for mediation referral. The order required mediation be held within sixty days from the date of the order and the appellate timetable be suspended during such time. On December 13, 2022, Appellee's counsel informed the Court that mediation is scheduled to take place on February 21, 2023. After numerous attempts to have counsel file a motion to extend time to mediate, none has been filed. Therefore, the Court ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Clerk's Record shall be filed in this Court on or before February 21, 2023.

IT IS SO ORDERED this 7th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.